UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>BENARO SANTIAGO BARRAGAN (1);<br>JULIO CESAR AYALA (2);<br>and FRANCISCO JAVIER SANTES<br>GARCIA(3),<br><br>                    Defendants. | No.  4:16-CR-06042-EFS<br>         (ALL DEFENDANTS)<br><br>**ORDER GRANTING THE USAO'S MOTION FOR DISCLOSURE TO DEFENSE COUNSEL BUT NOT UNSEALING, MOTION FOR PROTECTIVE ORDER, AND RELATED MOTIONS TO EXPEDITE** |

Before the Court, without oral argument, is the United States Attorney's Office's (USAO) Motion to Disclose Pre-Indictment Pleadings for Discovery but not Unsealing and for Protective Order, ECF No. 66. The USAO seeks permission to disclose certain sealed documents to defense counsel without unsealing the documents and to set parameters for the parties' use of sealed documents during discovery and court hearings. ECF No. 66.  The USAO represents that the sealed documents pertain to an ongoing investigation and there is a need to protect the safety and security of any confidential informants. ECF No. 66.

The investigation that resulted in the Indictment in this case involved a number of warrants filed under seal with a magistrate judge. ECF No. 66.  Although these documents should remain sealed to protect any confidential informants and to avoid jeopardizing an ongoing

ORDER - 1

investigation, Defendants and their counsel must have access to these documents to prepare their defense. Therefore, the Court finds good cause to grant the USAO's motion and order that the search warrants in the following case numbers be disclosed to defense counsel but remain sealed to the public:

    A. 4:16-mj-07128-MKD,
    B. 4:16-mj-07129-MKD,
    C. 4:16-mj-07144-MKD,
    D. 4:16-mj-07146-MKD,
    E. 4:16-mj-07160-MKD,
    F. 4:16-mj-07161-MKD,
    G. 4:16-mj-07162-MKD,
    H. 4:16-mj-07163-MKD,
    I. 4:16-mj-07165-JTR,
    J. 4:16-mj-07166-JTR,
    K. 4:16-mj-07167-JTR,
    L. 4:16-mj-07168-JTR,
    M. 4:16-mj-07169-JTR.

The Court also finds good cause to grant the USAO's request for a protective order related to the dissemination of discovery as set forth below. The parties are expected to be vigilant in protecting the identity of any confidential informants referenced in sealed documents.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The USAO's Motion to Disclose Pre-Indictment Pleadings for Discovery but not Unsealing and for Protective Order, **ECF No. 66**, is **GRANTED**.

**2.** A protective order is **ENTERED**, as follows:

    **A.** The USAO will provide discovery materials (including Protected Discovery) on an ongoing basis to defense counsel;

    **B.** Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

    **C.** Defense counsel may show to, and discuss with, the Defendants the discovery material, including sealed documents;

    **D.** Defense counsel shall not provide original or copies of discovery materials directly to the Defendants;

    **E.** Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order;

    **F.** The USAO and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to this cause. Any reference to the content of the Protected Discovery shall be filed under seal, until further order of the Court.

**G.** The parties may seek relief from this Order for good cause shown.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Dimke.

**DATED** this __14th__ day of November 2016.

_s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge